UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:                    :    CHAPTER 13
JERRY L. HARPER AND LINDA M.         :
HARPER                               :    CASE NO. 05-84321 - MHM
                                     :
            Debtor(s)                :

### PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of $2,944.01 was issued in the above-styled bankruptcy case to MERS, whose mailing address at the time of issue was P.O. Box 939072, San Diego, CA 92193. Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), on April 12, 2010, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to <u>GMAC Mortgage, LLC, as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, NA as successor to JPMorgan Chase Bank, NA as Trustee for RAMP 2003RS8 (hereinafter referred to as "GMAC") at 3451 Hammond Avenue, Waterloo, IA 50702.</u> GMAC is successor in interest to MERS via an Assignment of Note and Security Deed recorded on July 29, 2010 in Book 2881, Page 326, Douglas County, Georgia Records, which is attached hereto and incorporated herein as Exhibit "A".

This 18th day of August, 2010.

Signature of Claimant — Director of Bankruptcy
                           GMAC Mortgage
23-1674840
Social Security or Tax ID number

GMAC Mortgage

Sworn to and subscribed to before
me this 18th day of August, 2010.

Notary Public in and for the
State of PENNSYLVANIA
My commission expires 2-25-14

If applicable, affix
Corporate Seal

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John J. Castagna, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Feb. 25, 2014
Member, Pennsylvania Association of Notaries

Doc ID: 003329890002 Type: GLR
Filed: 07/29/2010 at 02:52:00 PM
Fee Amt: $9.00 Page 1 of 2
Douglas County Georgia
RHONDA G PAYNE Clerk Superior Court
BK 2881 PG 326-327

When Recorded, Return to:
Atten: Anthony DeMarlo/Foreclosure Dept/am
McCurdy & Candler, L.L.C.
1525 Piedmont Road, NE.
Building 6, Suite 700
Atlanta, GA 30305

STATE OF Pennsylvania
COUNTY OF Montgomery

LOAN# 7436367049/CONV

Our File No. 10-07756

## ASSIGNMENT OF NOTE AND SECURITY DEED

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. (hereinafter referred to as "Assignor") hereby sells, assigns, transfers, sets over and conveys without recourse unto The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee for RAMP 2003RS8 (hereinafter referred to as "Assignee"), whose address is 1100 Virginia Drive Fort Washington, PA 19034, that certain Security Deed or Deed to Secure Debt executed by Jerry L. Harper and Linda M. Harper to Mortgage Electronic Registration Systems, Inc. and dated July 18, 2003, recorded in Deed Book 1794, Page 935, Clerk's Office, Superior Court of Douglas County, Georgia, together with the real property therein described; and also the indebtedness described in said Deed and secured thereby, the notes evidencing said indebtedness having this day been transferred and assigned to the said Assignee together with all of Assignor's right, title and interest in and to the said Deed, the property therein described and the indebtedness secured; and the said Assignee is hereby subrogated to all the rights, powers, privileges and securities vested in Assignor under and by virtue of the aforesaid Security Deed or Deed to Secure Debt.

2

File No. 10-07756/Loan No. 7436367049

This Assignment of Note and Security Deed is executed on this 7th day of July 2010

Signed, sealed and delivered
in the presence of:

Mortgage Electronic Registration Systems, Inc. by GMAC Mortgage, LLC as attorney-in-fact

By: _____
Its: **Sandy Broughton**
**Assistant Secretary**

By: _____
Its: **Janine Yamoah**
**Assistant Secretary**

Unofficial Witness

Notary Public

My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John J. Castagna, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Feb. 25, 2014
Member, Pennsylvania Association of Notaries

**RECORDED**

AUG 11 2010

Rhonda G. Payne
Clerk Superior Court
Douglas County, GA

**RE:  JERRY L HARPER**  **CASE NO.  05-84321-MHM**
    **LINDA M HARPER**  **JUDGE MURPHY**

## CERTIFICATE OF SERVICE

  I, Sidney Gelernter, of McCurdy & Candler, L.L.C., 3525 Piedmont Road, NE, Building 6, Suite 700, Atlanta, Georgia 30305, certify:

  That I am, and at all times hereinafter mentioned, was more than 18 years of age;

  That on the 23rd day of August, 2010, I served a copy of the **"Petition for Payment of Unclaimed Funds"** to be filed in this bankruptcy matter by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties at:

Jerry L Harper
Linda M Harper
5159 Big A Road
Douglasville, GA 30135

Evan M. Altman
Northridge 400, Building 2
8325 Dunwoody Place
Atlanta, GA 30350

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

United States Attorney
1800 Richard Russell Federal Building
75 Spring Street, SE
Atlanta, GA 30303


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 8/23/2010      By:  /s/Sidney Gelernter
                Sidney Gelernter

*M&C File No. 10-07756*