**ENTERED ON DOCKET**
9-15-10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 13
:
JERRY L. HARPER AND : CASE NO. 05-84321-MHM
LINDA M. HARPER :
:
Debtor(s) :

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On April 12, 2010, the Trustee herein filed a Notice to Deposit Unclaimed Fund in this Court and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $2,944.01 ("Unclaimed Funds") on behalf of MERS (Claimant).

On August 20, 2010, ~~McCurdy Candler, P.C., attorney for~~ GMAC Mortgage, LLC, as successor in servicing rights to MERS via an Assignment of Note and Security Deed recorded on July 29, 2010 ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; ~~and no objections to said petition having been filed~~ accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $2,944.01 payable to GMAC Mortgage, LLC, and shall send said check to payee at the following address: 3451 Hammond Avenue, Waterloo, IA 50702.

SO ORDERED this 14th day of SEPTEMBER, 2010

_____
Margaret H. Murphy
United States Bankruptcy Judge


Prepared by:

BY: _____
Robert J. Wilkinson
Attorney for Movant
GA. State Bar No. 760055
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E
Atlanta, GA 30305
T. (404) 373-1612

NO OPPOSITION:

_____
Adam M. Goodman with express permission
Standing Chapter 13 Trustee
Georgia Bar No. 300887
260 Peachtree Street
Suite 200
Atlanta, GA 30303